[No. 14913.    Department Two. —October 4, 1892.]

IN THE MATTER OF H. WIERBITZKY & CO., INSOL-
VENT DEBTORS.

INSOLVENCY — REFUSAL TO DISMISS PROCEEDINGS — NON-APPEALABLE OR-
DER — DISMISSAL OF APPEAL. — An order denying a motion to dismiss
insolvency proceedings, made by a creditor of the insolvent after the
adjudication of insolvency, is not appealable, and an appeal therefrom
will be dismissed.

MOTION to dismiss an appeal from an order of the
Superior Court of the city and county of San Francisco
refusing to dismiss proceedings in insolvency.

The facts are stated in the opinion of the court.

*G. H. Perry,* for Appellant.

*Pierson & Mitchell,* for Respondent.

The COURT. — The firm of H. Wierbitzky & Co., and
the individuals composing it, were, upon the petition of
one of the members of the firm, adjudicated insolvent
debtors.    After such adjudication, one of the alleged
creditors moved to dismiss the insolvency proceedings,
on various grounds.    The motion was denied, and from
the order denying the motion this appeal is taken.

The order is not appealable.

Appeal dismissed.